1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM MAUTER, Individually and on Behalf of All Others Similarly Situated, ) | Case No. |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| NUTANIX, INC., DHEERAJ PANDEY and DUSTON M. WILLIAMS, ) | |
| Defendants. ) | DEMAND FOR JURY TRIAL |

Plaintiff Tim Mauter ("plaintiff"), individually and on behalf of all others similarly situated, alleges the following based upon the investigation of plaintiff's counsel, which included a review of U.S. Securities and Exchange Commission ("SEC") filings by Nutanix, Inc. ("Nutanix" or "the Company"), as well as regulatory filings and reports, securities analysts' reports and advisories about the Company, press releases and other public statements issued by the Company, and media reports about the Company.  Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.      This is a securities class action on behalf of all purchasers of Nutanix common stock between March 2, 2018 and February 28, 2019, inclusive (the "Class Period"), seeking remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

## JURISDICTION AND VENUE

2.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act [15 U.S.C. §§78j(b) and 78t(a)] and Rule 10b-5 promulgated thereunder by the SEC [17 C.F.R. §240.10b-5].

3.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and §27 of the Exchange Act [15 U.S.C. §78aa].

4.      Venue is proper in this District pursuant to §27 of the Exchange Act, and 28 U.S.C. §1391(b).  Nutanix maintains its headquarters in this District and many of the acts and conduct that constitute the violations of the law complained of herein occurred in this District.

5.      In connection with the acts alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications and the facilities of the national securities markets.

## PARTIES

6.      Plaintiff Tim Mauter purchased Nutanix common stock during the Class Period, as set forth in the accompanying certification incorporated by reference herein, and has been damaged thereby.

7. Defendant Nutanix, Inc. is an enterprise cloud platform provider. Nutanix common stock trades under the ticker "NTNX" on the NASDAQ, an efficient market.

8. Defendant Dheeraj Pandey ("Pandey") is, and was during the Class Period, Chief Executive Officer ("CEO") and Chairman of the Board of Nutanix.

9. Defendant Duston M. Williams ("Williams") is, and was during the Class Period, Chief Financial Officer ("CFO") of Nutanix.

10. Defendants Pandey and Williams are collectively referred to herein as the "Individual Defendants."

11. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Nutanix's quarterly reports, shareholder letters, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false and misleading statements pleaded herein.

12. Defendants are liable for: (i) making false statements; or (ii) failing to disclose adverse facts known to them about Nutanix. Defendants' fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Nutanix stock was a success, as it: (i) deceived the investing public regarding Nutanix's prospects and business; (ii) enabled defendant Williams and other Nutanix insiders to collectively sell more than $156 million worth of their personally held Nutanix stock at artificially inflated prices; and (iii) caused plaintiff and other members of the Class to purchase Nutanix common stock at artificially inflated prices.

**BACKGROUND**

13.     Defendant Nutanix provides a leading enterprise cloud platform that powers many of the world's business applications and end-user services by providing software solutions that digitize traditional silos of enterprise computing, converging compute, virtualization, storage, networking, desktop, governance and security services into one integrated solution.  Nutanix primarily sells its products and services to end customers through distributors, resellers and original equipment manufacturers ("OEMs").

14.     Customers have the choice to buy Nutanix enterprise cloud software and deploy the software on a variety of qualified hardware platforms or to purchase the software pre-installed onto hardware through one of their OEM partners or other channel partners, including on the Nutanix-branded NX hardwire line.  The Company's OEM partners, Dell Technologies, Lenovo Group Ltd., International Business Machines Corporation, and Fujitsu Technology Solutions GmbH license Nutanix's software and package it with their hardware in the Dell XC Series, Lenovo Converged HX Series, IBM CS Series, and Fujitsu XF Series appliances, respectively. Super Micro Computer, Inc. and Flextronics Systems Ltd. license Nutanix's software and package it with Nutanix-branded NX appliances. The OEM partners offer these appliances in a range of configurations and also sell associated support offerings, which Nutanix jointly supports.

15.     Nutanix also delivers certain of its cloud and platform solutions, such as Beam and Frame, and is continuing to develop additional cloud services, such as Nutanix Xi Cloud Services and Nutanix Era, all of which are intended to be delivered as a hosted service that can be purchased on a subscription basis.

16.     The Nutanix platform is primarily sold through channel partners, including distributors and resellers, thus the distributor is typically considered the direct purchaser in a transaction.

17.     On September 18, 2017, Nutanix filed a Form 10-K for the fiscal year ending July 31, 2017 with the SEC.  The Form 10-K described the Company's sales and marketing efforts in pertinent part as follows:

We have invested heavily in the growth of our business, including the development of our solutions, build-out of our global sales force and the acquisitions of Calm.io Pte. Ltd., or Calm, and PernixData, Inc., or PernixData, during the first quarter of fiscal 2017.  The number of our full-time employees increased from 1,980 as of July 31, 2016 to 2,813 as of July 31, 2017.  We have recruited an engineering team focused on distributed systems and IT infrastructure technologies at our San Jose, California headquarters and at our research and development centers in Bangalore, India, Durham, North Carolina and Seattle, Washington.  We have also expanded our international sales and marketing presence by continuing to build out our global teams.  We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

*        *        *

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000 in committed value.  We have significantly increased our sales and marketing personnel, which grew by 42% from July 31, 2016 to July 31, 2017. . . .  We intend to continue to grow our global sales and marketing team to acquire new end-customers and to increase sales to existing end-customers.

*        *        *

We expect sales and marketing expense to continue to increase in absolute dollars as we increase the size of our global sales and marketing organizations.

*        *        *

Sales and marketing expense increased year-over-year both for fiscal 2016 and 2017 primarily due to higher personnel costs and sales commissions, as our sales and marketing headcount increased year-over-year by 70% in fiscal 2016 and 42% in fiscal 2017.  The year-over-year increase in fiscal 2017 in sales and marketing personnel costs includes a $70.1 million increase in stock-based compensation expense as a result of our IPO.  Additionally, as part of our efforts to penetrate and expand in global markets, we have continually increased our marketing activities related to brand awareness, promotions, trade shows and partner programs.

18.     On November 30, 2017, Nutanix held a conference call with analysts and investors to discuss their earnings and operations for the fiscal quarter ending October 31, 2017.  During the call, defendants described the Company's transition to what Pandey described as Nutanix's new "software-centric approach to go-to-market and financial reporting," reassuring investors that the

transition would result in higher profit margins with minimal disruption.  Defendant Williams stated, in pertinent part:

> All things being equal, the direct impact of this specific change would result in significantly higher software content and significantly higher gross margins with no change to our growth in gross profit dollars.  Probably the most important point to make here is that this change will have absolutely no impact to our future growth rates of our software and support billings, that being the portion of our business today that represents 74% of our billings.  Over time, we would also hope to gain additional selling leverage that naturally comes from focusing on software-only transactions.

19.     On December 13, 2017, Nutanix filed a Form 10-Q with the SEC for the first quarter of fiscal 2018, ended October 31, 2017, which was signed by defendant Williams.  With respect to sales and marketing, the Form 10-Q made the same representations as the Company's Form 10-K filed on September 19, 2017 described in ¶17 above.

## SUBSTANTIVE ALLEGATIONS

20.     On March 1, 2018, after the market closed, Nutanix issued a press release announcing its financial results for the second quarter of fiscal 2018, ended January 31, 2018.  For the second quarter of fiscal 2018, Nutanix reported a record number of new customers and a growing number of large deals.  Defendant Pandey commented on the results, stating in pertinent part:

> "Our continued success with Global 2000 customers, the strength of our large deal execution and record number of new customers prove that we are reducing friction for our customers and providing them with a consumer-grade experience that is unmatched."

Defendant Williams also stated, in pertinent part:

> "Our 57% billings growth year-over-year and our 45% increase in non-GAAP gross profit year-over-year drove a better than expected bottom line . . . .  Our software and support billings also rose significantly during the quarter, demonstrating our progress as we transition to a software-centric business model.  Our strong execution on our strategic initiatives, together with our successful convertible debt offering, put us in a strong position for the future."

21.     On March 15, 2018, Nutanix filed its Form 10-Q with the SEC for the second quarter of fiscal 2018, ended January 31, 2018, which was signed by defendant Williams. With respect to sales and marketing, the Form 10-Q stated in pertinent part as follows:

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS                                            - 5 -

We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. . . .  We have also expanded our international sales and marketing presence by continuing to build out our global teams.  We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

*          *          *

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000 in committed value.  We have significantly increased our sales and marketing personnel, which grew by approximately 30% from January 31, 2017 to January 31, 2018. . . .  We intend to continue to grow our global sales and marketing team to acquire new end-customers and to increase sales to existing end-customers.

*          *          *

We expect sales and marketing expense to continue to increase in absolute dollars as we increase the size of our global sales and marketing organizations.  Our sales and marketing expense may fluctuate as a percentage of total revenue.

*          *          *

The increase in product revenue for the three and six months ended January 31, 2018 reflects increased domestic and international demand for our solutions as we continued to penetrate and expand in global markets through increased sales and marketing activities.

*          *          *

Sales and marketing expense increased in the three and six months ended January 31, 2018 compared to the same prior year periods primarily due to higher personnel costs and sales commissions, as our sales and marketing headcount increased by 30% from January 31, 2017 to January 31, 2018.  Additionally, as part of our efforts to penetrate and expand in global markets, we have continually increased our marketing activities related to brand awareness, promotions, trade shows and partner programs.

22.     The statements referenced above in ¶¶20-21 were materially false and misleading, as they failed to disclose the following adverse facts that were known to defendants or recklessly disregarded by them:

1       (a)     that Nutanix had reallocated lead generation spending to other priorities,

2  which represented a significant strategy shift from how the Company had historically conducted its

3  sales efforts;

4       (b)     that Nutanix's decision to reallocate lead generation spending had caused a

5  large disruption in the Company's sales execution, thereby negatively impacting Nutanix's sales

6  pipeline and slowing the Company's sales growth; and

7       (c)     as a result of the foregoing, defendants lacked a reasonable basis for their

8  positive statements about Nutanix, its revenues, earnings and prospects.

9       23.     On May 24, 2018, Nutanix issued a press release announcing its financial results for

10 the third quarter of fiscal 2018, ended April 30, 2018.  For the third quarter of fiscal 2018, Nutanix

11 reported software and support billings growth of 67% year over year.  The Company further reported

12 that it had expanded gross margins while executing on its transition to a software-centric business

13 model.  Defendant Pandey commented on the results, stating in pertinent part:

> 14       "Investment in our innovation engine is delivering strong results. . . .  Our
>          continued industry-leading Net Promoter Score proves that a relentless focus on our
> 15       customers drives our continued success."

16 Defendant Williams also added,

> 17       "Demand for our solutions remains strong as we saw 67 percent growth in
>          software and support billings and 55 percent growth in software and support revenue.
> 18       We had strong success in our hiring in the quarter that positions us to deliver on our
>          future growth plans, as we outlined at our March Investor Day. . . .  The continued
> 19       growth in our software and support billings and gross margin expansion in the
>          quarter demonstrates we are successfully executing on our transition to a software-
> 20       defined business model."
> 21

22      24.     On the same day, Nutanix held a conference call with analysts and investors to

23 discuss the Company's earnings and operations.  During the call, Pandey reported "accelerated

24 growth," "strong across the board, with billings, revenue and gross margins all ahead of consensus."

25 In regard to the transition to a software-centric business model, Pandey added that "we have

26 managed change immensely well."  During the conference call, defendant Williams stated that "we

27 were pleased with our results that reflected continued strong growth" and highlighted the Company's

28 hiring performance, stating in pertinent part:

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS                    - 7 -

During the quarter, we added over 60 new sales teams, which is critical to our planned growth for future periods. We were very pleased with our hiring performance in the quarter. And although not yet at our planned headcount, we did significantly exceed what we thought was possible when guiding Q3, including, the addition of almost 85 employees from our 2 recent acquisitions, Netsil and Minjar. This strong hiring performance drove expenses to $232 million in Q3, exceeding the high end of our guidance by $12 million.

25. On June 12, 2018, Nutanix filed a Form 10-Q with the SEC for the third quarter of fiscal 2018, ended April 30, 2018, which was signed by defendant Williams. With respect to sales and marketing, the Form 10-Q stated in pertinent part as follows:

We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from 2,672 as of April 30, 2017 to 3,709 as of April 30, 2018. . . . We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our operating system, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

\* \* \*

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000 in committed value. We have significantly increased our sales and marketing personnel, which grew by approximately 40% from April 30, 2017 to April 30, 2018. . . . We intend to continue to grow our global sales and marketing team to acquire new end customers and to increase sales to existing end customers.

\* \* \*

We expect sales and marketing expense to continue to increase in absolute dollars as we increase the size of our global sales and marketing organizations. Our sales and marketing expense may fluctuate as a percentage of total revenue.

\* \* \*

The increase in product revenue for the three and six months ended April 30, 2018 reflects increased domestic and international demand for our solutions as we continued to penetrate and expand in global markets through increased sales and marketing activities.

\* \* \*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

> Sales and marketing expense increased for the three and nine months ended April 30, 2018, as compared to the prior year periods, due primarily to higher personnel costs and sales commissions, as our sales and marketing headcount increased by 40% from April 30, 2017 to April 30, 2018.  Additionally, as part of our efforts to penetrate and expand in global markets, we continue to increase our marketing activities related to brand awareness, promotions, trade shows, and partner programs.

26.     On August 30, 2018, Nutanix issued a press release announcing its financial results for the fourth quarter of fiscal 2018, ended July 31, 2018.  For the fourth quarter of fiscal 2018, Nutanix reported 66% year-over-year growth in software and support billings and 78% Non-GAAP gross margins, as the Company continued its successful shift to a software-centric business model.  Defendant Pandey commented on the results, stating in pertinent part as follows:

> "We ended the year on a high note with a record quarter on many fronts, positioning us extremely well for the future.  We will continue to invest in talent and hybrid cloud technology while incubating strategic multi-cloud investments such as Netsil, Beam, and now Frame."

Defendant Williams added:

> "The company's strong achievement of 78 percent non-GAAP gross margin, the best in our history, is the direct result of our successful execution toward a software-defined business model . . . .  We're also tracking above our target performance we set using the 'Rule of 40' framework, demonstrating our ability to balance growth and cash flow."

27.     On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations. During this call, defendant Pandey reiterated the positive results for the fourth quarter, stating in pertinent part as follows:

> Q4 was another fantastic quarter and a great bookend to our fiscal 2018.  We grew our software and subscription business steadily throughout the year, with Q4 year-over-year billings growth of 66% and Q4 year-over-year revenue growth of 49%.  We delivered record performance in several areas, including delivering non-GAAP gross margins of nearly 78% and growing our deferred revenue balance by 71% for the – from the prior year.

*       *       *

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS                - 9 -

1
2
> In fiscal '18, we delivered close to $1.2 billion in software and support billings, growing 54% year-over-year and added over 3,600 new customers.

3
Defendant Pandey also highlighted the Company's large amount of new customers and large deals,

4
stating in pertinent part as follows:

5
6
7
8
9
> Coming to some color in Q4, this quarter, we added approximately 1,000 new customers, bringing our total number to 10,610. In this last fiscal year, we added nearly as many customers as we had when we IPO-ed 2 years ago. We now count 710 Global 2000 companies as customers, adding approximately 40 in Q4 2018 and 140 overall in fiscal '18. Q4 also brought continued momentum in large deals with 46 deals worth more than $1 million; 9 of which were worth more than $3 million and 2 of which were worth more than $5 million. We closed 201 deals worth more than $1 million in fiscal '18, up from 144 in fiscal '17, and now have 26 customers with a lifetime spend of more than $10 million, up from 11 in fiscal '17.

10
During the conference call, when asked about the pipeline composition going forward, defendants

11
did not express any concerns about the pipeline, as evidenced in the following exchange:

12
**Mark Ronald Murphy** – JP Morgan Chase & Co, Research Division – MD

13
14
15
Duston, if I may, I had a follow-up. The billings result in the billings guidance are obviously quite robust. And I was just wondering if you – could you just clarify whether all of that large U.S. DoD deal win is reflected in the result this quarter?

16
17
And then when you look at the pipeline composition, does it seem fairly diversified and predictable? Or would you say that there are more of these large discrete deals along the lines of the DoD win that might be a little harder to predict the timing?

18
**Duston M. Williams** – Nutanix, Inc. – CFO

19
20
21
22
23
24
25
26
> Yes. So on the big deal that we referenced greater than $20 million, it was all billed in Q4. Although that's one of the reasons our bill-to-revenue ratio went up a little bit is that – just the nature of the support piece on that. Only about 40% of that deal was actually recognized in revenue in the quarter and the rest will be over the support period. So that's the first piece there. And on the second piece, I think just the business in general, as Dheeraj talked about extensively earlier, is that we're seeing bigger deals and we will continue to get larger and larger deals. Now Q1 has the additional variable of federal, of course. With the year-end we've always had a pretty good Q1 for federal we're assuming it's going to be okay this quarter also, a decent performance there. And any time you're talking federal, you have some lumpiness in there. So we'll have some bigger deals that will appear in the quarter. We've assumed some will, some won't, so we've taken – hope a pretty good balanced approach from a federal perspective.

27
28
28.    On September 24, 2018, Nutanix filed a Form 10-K with the SEC for the fourth quarter and full year fiscal 2018, ended July 31, 2018, which was signed by defendants Pandey and

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS                  - 10 -

Williams, among others. With respect to sales and marketing, the Form 10-K stated in pertinent part as follows:

> We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. . . .  We have also expanded our international sales and marketing presence by continuing to build out our global teams.  We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

> \*       \*       \*

> We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000. . . .  We intend to continue to grow our global sales and marketing team to acquire new end customers and to increase sales to existing end customers.

> \*       \*       \*

> We expect sales and marketing expense to continue to increase in absolute dollars as we increase the size of our global sales and marketing organizations.  Our sales and marketing expense may fluctuate as a percentage of total revenue.

> \*       \*       \*

> The increase in product revenue reflects increased domestic and international demand for our solutions as we continued to penetrate and expand in global markets through increased sales and marketing activities.

> \*       \*       \*

> Sales and marketing expense increased year-over-year both for fiscal 2017 and fiscal 2018 due primarily to higher personnel-related costs and sales commissions, as our sales and marketing headcount increased by 42% year-over-year in both fiscal 2017 and 2018. . . .  Additionally, as part of our efforts to penetrate and expand in global markets, we continue to increase our marketing activities related to brand awareness, promotions, trade shows, and partner programs.

29.   On November 27, 2018, Nutanix issued a press release announcing its financial results for the first quarter of fiscal 2019, ended October 31, 2018.  For the first quarter of fiscal 2019, Nutanix reported revenue of $313.3 million, up from $275.6 million in the first quarter of fiscal 2018, and $383.6 million in billings, up from $315.3 million in the first quarter of fiscal 2018.  Further, the Company reported an increase in GAAP gross margins to 76.3% from 60.6% and non-

GAAP gross margins to 78.6% from 61.9%.  Defendant Pandey commented on the results, stating in pertinent part as follows:

> "Our results this quarter prove that our core business continues to grow strongly and put us on a solid path to meet our goal of at least $3 billion in software and support billings by 2021 . . . .  51% of our billings in our first quarter were derived from subscriptions, up from 31% in the same quarter last year, and our subscription revenue grew 104% year-over-year.  As we look ahead, we expect to continue this shift towards subscription, driving a cloud-like, pay-as-you-grow business model."

30.     On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations.  In his opening remarks, defendant Pandey represented that the Company had had a great start to 2019, highlighting the "higher-than-guided revenue, better gross margins and lower operating expenses," and stating, in pertinent part, as follows:

> Now on to our Q1 results.  We had a great start to fiscal 2019, delivering another strong quarter, growing software and support billings by 50% year-over-year to $351 million and software and support revenue by 44% to $281 million.  Notably, subscription revenue increased 104% year-over-year, as we shift our business to an increasingly subscription-based consumption.  The combination of higher-than-guided revenue, better gross margins and lower operating expenses drove our net loss per share to $0.13 per share, significantly better than our guidance of a loss between $0.26 and $0.28.  Duston will share more on our financial metrics and outlook later in the call.

31.     In his opening remarks on the call, defendant Williams reiterated the Company's improvement in gross margins, stating that "our non-GAAP gross margins grew in Q1 to 78.6%, up from 61.9% in the year-ago quarter and 77.7% in the prior quarter."  Further, he stated he expected gross margins to be "between 78% and 79%" in the second quarter.

32.     During the question-and-answer session of the conference call, defendants were asked about whether their pipeline was growing because competitors were affirming their strategies.  In his response, defendant Pandey made no mention of having made a reduction in lead generation spending that was affecting the pipeline.  The following exchange took place:

**Kathryn Lynn Huberty** – Morgan Stanley, Research Division – MD and Research Analyst

Question for . . . Dheeraj first. You mentioned that hybrid multicloud is becoming a buzzword, and we've certainly heard it from just about every infrastructure hardware, software company this quarter. So curious how you think it impacts your business. Are you seeing your pipeline growing customers, coming to you because competitors are affirming your strategy? Do your salespeople have to spend more time explaining the difference between your strategy and some of the others? Just how this evolves as more players follow your lead.

**Dheeraj Pandey** – Nutanix, Inc. – Co-Founder, Chairman & CEO

Yes, thanks, Katy. Yes, I think we definitely go and talk from the position of our strength as opposed to a position of someone else's strength. And many of the customers, we go and talk about their adjacency and our adjacency. Their adjacency is on-prem right now. And our adjacency is on-prem, which is software-defined infrastructure. And then we go talk about disaster recovery as a service, like, hey, about the first crawl piece of this multicloud journey where we can do one-click failover and testing and failback and fix that, then all of a sudden, the app is mobile because we did all the hard work with runbook automation and shipping data and things like that. So we basically start with our adjacencies and then, there's all these multicloud services that are very adjacent to Nutanix like desktops, it's very adjacent to what we have really understood and embraced in the last 7, 8 years. We probably are one of the strongest companies to understand end user computing experiences across Citrix and VMware and now with Frame itself. And now people are asking about Frame to be extremely multicloud, used by AWS credits, used by Azure credits. I talked about one of our experiences with co-selling with Google G Suite itself. So I think we are going and navigating this multicloud buzzword around our adjacencies so we don't talk fluff, I think, because most of the money is still coming from computed storage and networking and security and some of these workloads around that, like files, like databases, like desktops. So I think we asked our sellers and – to actually go and focus on workloads because workloads and applications is where most journeys actually begin.

33.     When asked about the fact that software and support billings had come down in the quarter, defendant Williams asserted that it was expected, as reflected in the following exchange:

**Kathryn Lynn Huberty** – Morgan Stanley, Research Division - MD and Research Analyst

Understood. And Duston, software and support billings came down a bit this quarter. Is that just new seasonality as the business scales? Or was there some impact of the subscription transition in the quarter? If so, how much?

**Duston M. Williams** – Nutanix, Inc. – CFO

Yes – no, there really wasn't any impact to say on the subscription piece. Actually, when you look at the length of these new licenses, the $20 million, it's slightly higher than the 3.6 average. So there really wasn't any tilt to one year or anything like that in that. But we had – and just looking and addressing billings in total, we had the guided billings down actually in Q1. We came off a really strong Q3, a really strong Q4 into a seasonally soft Q1 so that we had guided $370 million to $390 million of total billings. And obviously, we came in at roughly $384 million, so close to the top end of that range. So it was kind of as expected there and the pieces kind of fell out as they did.

34. On December 10, 2018, Nutanix filed its Form 10-Q with the SEC for the first quarter of fiscal 2019, ended October 31, 2018, which was signed by defendant Williams. With respect to sales and marketing, the Form 10-Q stated in pertinent part as follows:

We continue to invest heavily in the growth of our business, including the development of our solutions and build-out of our global sales force. The number of our full-time employees increased from approximately 3,010 as of October 31, 2017 to approximately 4,380 as of October 31, 2018. . . . We have also expanded our international sales and marketing presence by continuing to build out our global teams. We intend to continue to invest in our global engineering team to enhance the functionality of our platform, introduce new products and features and build upon our technology leadership, as well as continue to expand our global sales and marketing teams.

\*        \*        \*

We plan to continue to invest in sales and marketing so that we can capitalize on our market opportunity, and as part of this, we intend to specifically expand our focus on opportunities with major accounts and large deals, which we define as transactions over $500,000. We have significantly increased our sales and marketing personnel, which grew by approximately 40% from October 31, 2017 to October 31, 2018. . . . We intend to continue to grow our global sales and marketing team to acquire new end customers and to increase sales to existing end customers.

\*        \*        \*

We expect sales and marketing expense to continue to increase in absolute dollars as we increase the size of our global sales and marketing organizations. Sales and marketing expense may fluctuate as a percentage of total revenue.

\*        \*        \*

The increase in product revenue for the three months ended October 31, 2018 reflects increased demand for our solutions as we continue to penetrate and expand in global markets through increased sales and marketing activities.

\*       \*       \*

Sales and marketing expense increased for the three months ended October 31, 2018, as compared to the prior year period, due primarily to higher personnel-related costs, including stock-based compensation expense, as our sales and marketing headcount increased by 40% from October 31, 2017 to October 31, 2018. Additionally, as part of our efforts to penetrate and expand in global markets, we continue to increase our marketing activities related to brand awareness, promotions, trade shows and partner programs.

35.     The statements referenced above in ¶¶23-34 were materially false and misleading, as they failed to disclose the following adverse facts that were known to defendants or recklessly disregarded by them:

(a)     that Nutanix had reallocated lead generation spending to other priorities, which represented a significant strategy shift from how the Company had historically conducted its sales efforts;

(b)     that Nutanix's decision to reallocate lead generation spending had caused a large disruption in the Company's sales execution, thereby negatively impacting Nutanix's sales pipeline and slowing the Company's sales growth;

(c)     that Nutanix had fallen behind in its sales hiring goals, which was further impairing the Company's efforts to grow its sales pipeline development;

(d)     that the improvement in the Company's gross margins was not the result of the changes being made to the Company's business model, including the shift from hardware to software and the change from licensing to subscription platforms, but rather was the result of the Company's decision to reallocate lead generation spending; and

(e)     as a result of the foregoing, defendants lacked a reasonable basis for their positive statements about Nutanix, its revenues, earnings and prospects.

36.     On February 28, 2019, Nutanix issued a press release announcing its second quarter fiscal 2019 financial results for the period ended January 31, 2019, reporting revenue of $335.4 million, up from $286.7 million in the second quarter of fiscal 2018, and $413.4 million in billings,

up from $355.9 million in the second quarter of fiscal 2018.  Despite being pleased with the Company's large deal activity and progress in moving toward a subscription model, defendant Williams surprised the market by revealing the repercussions of inadequate marketing spending and slow sales hiring, stating in pertinent part as follows:

> "Looking ahead, our third quarter guidance reflects the impact of inadequate marketing spending for pipeline generation and slower than expected sales hiring. We took a critical look at these areas and have taken actions to address them."

37.     On the same day, Nutanix held a conference call with analysts and investors to discuss the Company's earnings and operations.  During the conference call, defendant Pandey revealed that imbalances in lead generation spending were impacting the Company's sales pipeline and that the Company's failure to keep pace with sales hiring goals had had a negative effect on sales pipeline development.  Defendant Pandey stated in pertinent part as follows:

> In that way, I'd like to take you through 3 key areas of our business where we're making adjustments to maximize our strong market opportunity.  First, we recently identified some imbalances in our lead generation spending that were beginning to impact our sales pipeline.  We recognize these imbalances in Q2 and have adjusted our lead generation spend accordingly.  Despite these, these actions will take some time to take effect and therefore, our Q3 guidance reflects the short term impact of these imbalances.  The changes we implemented are already showing early positive signs at the top of the funnel, and we expect to see increasing traction in our sales pipeline over the coming quarters.  Duston will provide more details on these imbalances and our actions taken later in the call.

> Second, over the past few quarters, we have not kept pace with our bullish sales hiring goals.  This plays a role in our sales pipeline development. Hiring at this scale is an art and there's an ebb and flow to the process.  We've been putting more focus on this aspect of our execution as we don't foresee any macro weakness in the horizon.

38.     During the conference call, defendant Williams also acknowledged disappointment at missing the Company's pipeline targets, stating in pertinent part as follows:

> Now turning to the guidance for the third quarter.  And before getting into the line item detail, let me step back a bit and provide some additional context for our Q2 performance and our third quarter guidance.

> In Q2, while we were pleased with our progress with moving to a recurring subscription business as well as with our large deals and EMEA performance, we were disappointed to miss our pipeline targets.  Generally speaking, our Q2 quarter, that should afford us to build backlog and that did not happen this year.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

As Dheeraj discussed at the beginning of the call, we recently identified some imbalances in our lead generation spending that were beginning to impact our sales pipeline. Lead generation spending is a key component to building pipeline, which ultimately, significantly impacts bookings, billings and revenue. In fiscal '18 – I'm sorry in fiscal '17, we had increased lead generation spend by 75% over the prior year. This increase drove strong pipeline generation in fiscal '17 and fiscal '18 as well as improved efficiencies within the lead generation spend during fiscal '18.

Encouraged by our overall company performance, in fiscal '18, we reallocated some of our lead generation spending to other priorities. As a result, there was a 4 quarter period from Q4 '17 to Q3 '18 that we basically kept lead generation spend flat, all while the company continued to perform quite well. Based on lead generation spend efficiencies we experienced in FY '18, we assumed further efficiencies would take place in FY '19 and we again reallocated capital away from lead generation spend during our planning process.

In Q2, we noticed a pattern that some of our lead generation efficiencies that we had planned for were not being realized. We began taking actions to reallocate capital back to lead generation spending, while at the same time dialing back on non-sales hiring. We have continued these actions into Q3.

Our quota-carrying sales reps also contribute to pipeline build, and our pipeline targets were further impacted by a shortage of sales reps in the first half of the fiscal year, resulting in an underspend by several million dollars.

It's important to note that all this shifting of spend back to lead generation is not an insignificant amount, the magnitude of the shift is in a few tens of millions. Although we started making this adjustment in Q2, we expect it to take a couple of quarters to show meaningful results.

In the meantime, we will double down on driving further business from within our large existing Enterprise customer base, while the augmented lead generation spending works its way into the pipeline.

This brings us to our guidance for Q3, where we expect significant impact from an imbalance in lead generation spending earlier in the year and slower-than-expected sales hiring. However, we believe that our actions to address these factors, combined with better sales execution, will drive improved pipeline build into Q4, which we expect to leave us in a solid position as we enter FY '20.

Now turning to specific details of the guidance. On a non-GAAP basis, we expect – for Q3, we expect the following: billings between $360 million and $370 million; revenue between $290 million and $300 million; gross margins between 75% and 76%; operating expenses between $330 million and $340 million; and a per-share loss of approximately $0.60, using weighted average shares outstanding of $183 million.

39.     These revelations shocked the market and the analysts who cover the stock.  Virtually every analyst question during the conference call concerned the lead generation issue.  Defendants also admitted that in 2016 they had made the same mistake – reducing demand spending, which led to sales issues in 2017.

40.     Additionally, during the call, defendants acknowledged that, despite their assertions to the contrary in early 2018, Nutanix's product portfolio was in "chaos," which had caused problems in the Company's pipeline and with its sales force by moving too quickly on big transformations and introducing too many new products in 2018.  The following exchange took place during the call:

**Jason Noah Ader** – William Blair & Company L.L.C., Research Division – Partner & Co-Group Head of Technology, Media and Communications

Guys, I wanted to – I know that Allegiant is going to dominate the conversation here, but I wanted to understand a little bit more about whether you think, number one, you may have over-rotated a little bit much to the – too much to the large Enterprise, and also whether you think you took too much on in terms of new products in 2018, which may have affected the demand gen just from the standpoint of maybe the sales force and the channel being a little bit confused with all of these new products.

**Dheeraj Pandey** – Nutanix, Inc. – Co-Founder, Chairman & CEO

Yes, I think on the – thanks, Jason, for the questions. On the first one, it does camouflage stuff, and the fact that we had large deals and large customers, it does come in the way of thinking. So now looking back, running at high velocity, I wish we didn't have to think about this as an afterthought, but it does come up. And I think how we go and really segment commercial select and look at the top 12,000 customers of America, not just the top 3,000, 5,000, I think those things have been things that we have looked at in the last 3 to 6 months. But before I get to the product, there's – people also probably will realize that in the last 18 months, this company has gone through 2 big transformations. And our sales force has gone through the transformation, has been the people that have really gone through this, which is software-only and in subscription now. So in the last 18 months, we've had a big payload of transformation and it probably does count towards simple things like hiring and stuff like that, they're like, man, it's a big change. So I think how we do a better job of absorbing all the stuff while we become a software company, while we become a subscription company, while we become a cloud company, I think does come up. On the product portfolio, yes, I mean, obviously I'm a big fan of Andy Grove and the way he wrote the 2 chapters in the book, Let Chaos Reign, and Then Rein in Chaos (sic) [Let Chaos Reign, Then Rein In Chaos].  So we let chaos reign in the first half of '18 with the product portfolio in terms of lack of Chris messaging and then obviously when we realize that we had to do a better job of messaging and

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS                                    - 18 -

classification and things of that nature, I think, the core Essentials Enterprise has been a great sort of storytelling methodology for everybody.  And people need to realize that we can't just sell things because Beam is a thing and IoT is a thing and Calm is a thing, but they have to really think about the customer journey and really empathize on behalf of the customer, say, "Look, start with Core, then Essentials, then Enterprise."  So I think it's helped a lot in the last 4, 5 months. But yes, it comes up, we are a high-velocity company and sometimes we let chaos reign, and then we go and rein in the chaos.  But I think the most important sort of, at least in my head, is how our sales force has actually gone through 2 big transformations in the last 18, 24 months.

41.    In response to the above revelations, the price of Nutanix common stock declined from a close of $50.09 per share on February 28, 2019, to a close of $33.70 per share on March 1, 2019, on unusually high trading volume.

42.    The market for Nutanix common stock was open, well-developed and efficient at all relevant times.  As a result of these materially false and misleading statements and failures to disclose, Nutanix common stock traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased Nutanix common stock relying upon the integrity of the market price of Nutanix common stock and market information relating to Nutanix and have been damaged thereby.

43.    During the Class Period, defendants misled the investing public, thereby inflating the price of Nutanix common stock by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make defendants' statements, as set forth herein, not false and misleading.  Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company's business, operations and prospects, as alleged herein.

44.    At all relevant times, the material misrepresentations and omissions particularized in this complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by plaintiff and other members of the Class.  As described herein, during the Class Period, defendants made or caused to be made a series of materially false or misleading statements about Nutanix's business, prospects and operations.  These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive assessment of

1    Nutanix and its business, prospects and operations, thus causing the price of Nutanix common stock

2    to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and

3    misleading statements during the Class Period resulted in plaintiff and other members of the Class

4    purchasing Nutanix common stock at artificially inflated prices, thus causing the damages

5    complained of herein.  When the true facts about the Company were revealed to the market, the

6    artificial inflation in the price of Nutanix stock was removed and the price declined dramatically,

7    causing losses to plaintiff and the other members of the Class.

8                                **ADDITIONAL SCIENTER ALLEGATIONS**

9            45.     As alleged herein, Nutanix and the Individual Defendants acted with scienter in that

10   they knew that the public documents and statements issued or disseminated in the name of the

11   Company were materially false and misleading, knew that such statements or documents would be

12   issued or disseminated to the investing public, and knowingly and substantially participated or

13   acquiesced in the issuance or dissemination of such statements or documents as primary violations of

14   the federal securities laws.  As set forth elsewhere herein in detail, these defendants, by virtue of

15   their receipt of information reflecting the true facts regarding Nutanix, their control over, and/or

16   receipt and/or modification of Nutanix's allegedly materially misleading statements and/or their

17   associations with the Company which made them privy to confidential proprietary information

18   concerning Nutanix, participated in the fraudulent scheme alleged herein.

19           46.     Defendants were further motivated to misrepresent the Company's business metrics

20   and financial prospects in order to profit from selling Nutanix common stock.  Indeed, during the

21   Class Period, Nutanix senior executives and directors, including defendant Williams, collectively

22   sold 3,057,257 of their personally held Nutanix shares, reaping ***more than $156 million*** in gross

23   proceeds, as follows:

24

25   | Seller | Date | Shares | Price | Proceeds |
     | --- | --- | --- | --- | --- |
26   | Duston M. Williams (CFO) | 05/31/2018-06/01/2018 | 300,000 | $53.56-$55.18 | $16,238,292 |
27   | Louis J. Attanasio (Officer) | 12/19/2018 | 134,499 | $41.20-$41.68 | $5,560,168 |

28

| | | | | |
|---|---|---|---|---|
| Steven J. Gomo (Director) | 09/14/2018 | 5,312 | $52.51 | $278,933 |
| Kenneth W. Long III (Officer) | 03/14/2018- 06/13/2018 | 92,002 | $50.22- $63.37 | $5,147,329 |
| John McAdam (Director) | 09/10/2018- 12/03/2018 | 30,000 | $44.52- $51.83 | $1,441,265 |
| Jeffrey T. Parks (Director) | 03/02/2018- 2/17/2018 | 1,867,264 | $37.94- $39.93 | $70,860,539 |
| David Sangster (Officer) | 03/12/2018- 02/01/2019 | 224,036 | $40.12- $62.95 | $36,083,787 |
| Michael P. Scarpelli (Director) | 06/20/2018 | 50,000 | $60.99 | $3,049,500 |
| Sudheesh Nair Vadakkedath (President) | 03/05/2018- 07/06/2018 | 320,000 | $38.73- $60.66 | $16,638,400 |
| Tyler Wall (Officer) | 12/28/2018 | 34,144 | $40.36 | $1,378,052 |
| | Total: | 3,057,257 | | $156,676,265 |

**LOSS CAUSATION/ECONOMIC LOSS**

47.     During the Class Period, as detailed herein, defendants made false and misleading statements by misrepresenting the Company's business and prospects and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Nutanix common stock and operated as a fraud on Class Period purchasers of Nutanix common stock.  Later, when defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the price of Nutanix common stock fell precipitously, as the prior artificial inflation came out.  As a result of their purchases of Nutanix common stock during the Class Period, plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

**NO SAFE HARBOR**

48.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. Many of the specific statements pleaded herein were not identified as "forward-looking statements" when made.  To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.  Alternatively, to the extent that the

1  statutory safe harbor does apply to any forward-looking statements pleaded herein, defendants are

2  liable for those false forward-looking statements because, at the time each of those forward-looking

3  statements was made, the particular speaker knew that the particular forward-looking statement was

4  false and/or the forward-looking statement was authorized and/or approved by an executive officer

5  of Nutanix who knew that those statements were false when made.

**APPLICABILITY OF THE PRESUMPTION OF RELIANCE
AND FRAUD ON THE MARKET**

6

7       49.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-

8  market doctrine in that, among other things:

9           (a)     Defendants made public misrepresentations or failed to disclose material facts

10 during the Class Period;

11          (b)     The omissions and misrepresentations were material;

12          (c)     Nutanix stock traded in an efficient market;

13          (d)     The misrepresentations alleged would tend to induce a reasonable investor to

14 misjudge the value of Nutanix stock; and

15          (e)     Plaintiff and other members of the Class purchased Nutanix common stock

16 between the time defendants misrepresented or failed to disclose material facts and the time the true

17 facts were disclosed, without knowledge of the misrepresented or omitted facts.

18      50.     At all relevant times, the market for Nutanix common stock was efficient for the

19 following reasons, among others:

20          (a)     As a regulated issuer, Nutanix filed periodic public reports with the SEC; and

21          (b)     Nutanix regularly communicated with public investors via established market

22 communication mechanisms, including through the regular disseminations of press releases on major

23 news wire services and through other wide-ranging public disclosures, such as communications with

24 the financial press, securities analysts and other similar reporting services.

**CLASS ACTION ALLEGATIONS**

25

26      51.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil

27 Procedure 23(a) and (b)(3) on behalf of a class consisting of all those who purchased the common

28

stock of Nutanix during the Class Period and who were damaged thereby (the "Class").  Excluded from the Class are defendants and their immediate families, the officers and directors of the Company, at all relevant times, and members of their immediate families, and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

52.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Nutanix stock was actively traded on the NASDAQ. While the exact number of Class members is unknown to plaintiff at this time and can only be ascertained through appropriate discovery, plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Nutanix or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

53.     Plaintiff's claims are typical of the claims of the members of the Class, as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

54.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

55.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by defendants' acts as alleged herein;

(b)     whether statements made by defendants to the investing public during the Class Period misrepresented material facts about the Company's business, operations and prospects; and

(c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

1    56.    A class action is superior to all other available methods for the fair and efficient

2    adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the

3    damages suffered by individual Class members may be relatively small, the expense and burden of

4    individual litigation make it impossible for members of the Class to individually redress the wrongs

5    done to them.  There will be no difficulty in the management of this action as a class action.

6                                            **COUNT I**

7                     **For Violation of §10(b) of the Exchange Act**
                       **and Rule 10b-5 Promulgated Thereunder**
8                              **Against All Defendants**

9    57.    Plaintiff incorporates ¶¶1-56 by reference as if fully set forth herein.

10    58.    During the Class Period, defendants disseminated or approved the false statements

11    specified above, which they knew or deliberately disregarded were misleading in that they contained

12    misrepresentations and failed to disclose material facts necessary in order to make the statements

13    made, in light of the circumstances under which they were made, not misleading.

14    59.    Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they:

15             (a)    employed devices, schemes and artifices to defraud;

16             (b)    made untrue statements of material fact or omitted to state material facts

17    necessary in order to make the statements made, in light of the circumstances under which they were

18    made, not misleading; or

19             (c)    engaged in acts, practices, and a course of business that operated as a fraud or

20    deceit upon plaintiff and others similarly situated in connection with their purchases of Nutanix

21    common stock during the Class Period.

22    60.    Plaintiff and the Class have suffered damages in that, in reliance on the integrity of

23    the market, they paid artificially inflated prices for Nutanix common stock.  Plaintiff and the Class

24    would not have purchased Nutanix common stock at the prices they paid, or at all, if they had been

25    aware that the market prices had been artificially and falsely inflated by defendants' misleading

26    statements.

27

28

61.     As a direct and proximate result of these defendants' wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with their purchases of Nutanix common stock during the Class Period.

### COUNT II

**For Violation of §20(a) of the Exchange Act**
**Against All Defendants**

62.     Plaintiff incorporates ¶¶1-61 by reference as if fully set forth herein.

63.     The Individual Defendants acted as controlling persons of Nutanix within the meaning of §20(a) of the Exchange Act.  By reason of their positions as officers and/or directors of Nutanix, and their ownership of Nutanix stock, the Individual Defendants had the power and authority to cause Nutanix to engage in the wrongful conduct complained of herein.  Nutanix controlled each of the Individual Defendants and all of its employees.  By reason of such conduct, the Individual Defendants and Nutanix are liable pursuant to §20(a) of the Exchange Act.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief and judgment as follows:

A.     Determining that this action is a proper class action, designating plaintiff as Lead Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and plaintiff's counsel as Lead Counsel;

B.     Awarding compensatory damages in favor of plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.     Awarding plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.     Such other and further relief as the Court may deem just and proper.

1

**JURY DEMAND**

2

      Plaintiff hereby demands a trial by jury.

3

DATED:  May 6, 2019                ROBBINS GELLER RUDMAN
                                                        & DOWD LLP

4

                                        SHAWN A. WILLIAMS

5

6

                                   *s/ Shawn A. Williams*
                                  SHAWN A. WILLIAMS

7

8

                              Post Montgomery Center
                              One Montgomery Street, Suite 1800
                              San Francisco, CA  94104

9

                              Telephone:  415/288-4545
                              415/288-4534 (fax)

10

                              shawnw@rgrdlaw.com

11

                              ROBBINS GELLER RUDMAN
                                  & DOWD LLP

12

                              SAMUEL H. RUDMAN
                              VICKI M. DIAMOND

13

                              58 South Service Road, Suite 200
                              Melville, NY  11747

14

                              Telephone:  631-367-7100
                              631/367-1173 (fax)

15

                              srudman@rgrdlaw.com
                              vdiamond@rgrdlaw.com

16

17

                              JOHNSON FISTEL, LLP
                              FRANK J. JOHNSON

18

                              655 West Broadway, Suite 1400
                              San Diego, CA  92101

19

                              Telephone:  619-230-0063
                              619/255-1856 (fax)

20

                              frankj@johnsonfistel.com

21

                              Attorneys for Plaintiff

22

I:\Admin\CptDraft\Securities\Cpt Nutanix.docx

23

24

25

26

27

28

## <u>CERTIFICATION OF PLAINTIFF PURSUANT</u>
## <u>TO THE FEDERAL SECURITIES LAWS</u>

I, Tim Mauter, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      I have reviewed the complaint and authorize its filing.

2.      I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4.      I made the following transactions during the Class Period in the securities that are the subject of this action.

**Acquisitions:**

| Date Acquired | Number of Shares Acquired | Acquisition Price Per Share |
|---|---|---|
| 2/28/19 | 2300 | 50.079 |
|  |  |  |
|  |  |  |

**Sales:**

| Date Sold | Number of Shares Sold | Selling Price Per Share |
|---|---|---|
|  |  |  |
|  |  |  |

5.      I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6.      I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years, except if detailed below:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th  day May 2019.

Tim Mauter